UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALEXANDRA HOBBS, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

           Plaintiffs,

v.

FIRST INTERNET BANCORP,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-6943

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT FIRST INTERNET BANCORP**

    Plaintiff(s), ALEXANDRA HOBBS, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, FIRST INTERNET BANCORP, without prejudice and without fees and costs.

Dated: New York, New York
       November 4, 2022

                                          **GOTTLIEB & ASSOCIATES**

                                          _/s/Michael A. LaBollita, Esq._

                                        Michael A. LaBollita, Esq., (ML-9985)
                                        150 East 18th Street, Suite PHR
                                                New York, NY 10003
                                                    Phone: (212) 228-9795
                                                          Fax: (212) 982-6284
                                                 Michael@Gottlieb.legal

                                                 _Attorneys for Plaintiffs_

**The Clerk of Court is directed <u>not</u> to close the case.**

SO ORDERED:

_Paul␣␣Sandeple_ (signature)
United States District Court Judge

Dated: November 14, 2022