UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALEXANDRA HOBBS, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

           Plaintiffs,

           v.

FIRST INTERNET BANK OF INDIANA,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-6943

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), ALEXANDRA HOBBS, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, FIRST INTERNET BANK OF INDIANA, with prejudice and without fees and costs.

Dated: New York, New York
       February 10, 2023

                                       **GOTTLIEB & ASSOCIATES**

                                       */s/Michael A. LaBollita, Esq.*

                        Michael A. LaBollita, Esq., (ML-9985)
                            150 East 18th Street, Suite PHR
                                        New York, NY 10003
                                         Phone: (212) 228-9795
                                             Fax: (212) 982-6284
                                       Michael@Gottlieb.legal

                                         *Attorneys for Plaintiffs*

SO ORDERED:

*[signature]*
_____
United States District Court Judge

Dated: February 17, 2023